```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
------------------------------------------------

STEVEN MATZURA,

                Plaintiff,        19cv10141 (JGK)

    - against -               ORDER

SEVEN FOR ALL MANKIND LLC,

                Defendant.

------------------------------------------------

JOHN G. KOELTL, District Judge:

    The defendant should provide the Court with a courtesy set of the briefs on the motion to dismiss.

**SO ORDERED.**

Dated:   New York, New York
          May 19, 2020          /s/ John G. Koeltl
                                       John G. Koeltl
                               United States District Judge