```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
─────────────────────────────────────

STEVEN MATZURA,

              Plaintiff,          19cv10141 (JGK)

    - against -                ORDER

SEVEN FOR ALL MANKIND LLC,

              Defendant.

─────────────────────────────────────

**JOHN G. KOELTL, District Judge:**

After the defendant filed a motion to dismiss on February 18, 2020, the plaintiff filed an amended complaint. The defendant subsequently moved to dismiss the amended complaint on March 13, 2020. The motion to dismiss filed on February 18, 2020 is therefore denied without prejudice as moot. The Clerk is directed to close Docket No. 17.

**SO ORDERED.**

Dated:    New York, New York
           June 5, 2020          /s/ John G. Koeltl
                                                  John G. Koeltl
                                      United States District Judge