

Matthew J. Fedor
Partner
matthew.fedor@faegredrinker.com
973-549-7329 direct

Faegre Drinker Biddle & Reath LLP
600 Campus Drive
Florham Park, New Jersey 07932
+1 973 549 7000 main
+1 973 360 9831 fax

faegredrinker.com

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/16/2020

November 16, 2020

**VIA ECF**

Hon. John G. Koeltl
United States District Court for the Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007-1312

Re:   *Matzura v. Seven for All Mankind, LLC*, No. 1:19-cv-10141

Dear Judge Koeltl:

We represent Defendant in the above-captioned action. This letter follows up on the status conference held on November 13, 2020 regarding Defendant's pending motion to dismiss Plaintiff's First Amended Complaint (ECF Doc. Nos. 20, 21), as it relates to the pending appeals in similar Braille gift card litigation consolidated under *Calcano, et al. v. Sawovski North America Limited, et al.*, No. 20-1552(L) (2d Cir.). Defendant hereby withdraws its pending motion to dismiss without prejudice to re-filing a motion to dismiss after the Second Circuit's resolution of the aforementioned consolidated appeals.

Defendant respectfully requests that the Court stay this matter—including staying Defendant's time to answer or otherwise respond to Plaintiff's First Amended Complaint—until a date to be set by the Court after the Second Circuit's resolution of the aforementioned consolidated appeals. Plaintiff joins this request.

Respectfully,

/s/ *Matthew J. Fedor*
Matthew J. Fedor

cc:   All Counsel of Record (via ECF)
      Paul Gelb, Esq. (via email)

Application granted.
The Clerk is directed to
close docket Nos. 20 and 21.
So ordered.
                    /s/ John G. Koeltl
11/16/20.   U.S.D.J.