UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

STEVEN MATZURA, ET AL.,

              Plaintiffs,

- against -

SEVEN FOR ALL MANKIND, LLC,

              Defendant.

19-cv-10141 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

    The parties are directed to submit a status report advising the Court of the status of this case by March 23, 2022.

SO ORDERED.

Dated:    New York, New York
            March 16, 2022

                                     John G. Koeltl
                              United States District Judge