```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

STEVEN MATZURA ET AL.,
                    Plaintiffs,        19-cv-10141 (JGK)

- against -                           ORDER

SEVEN FOR ALL MANKIND, LLC,
                    Defendant.

JOHN G. KOELTL, District Judge:

    In light of the recent decision of the Court of Appeals for the Second Circuit, see Calcano v. Swarovski N. Am. Ltd., 2022 WL 1788305 (2d Cir. June 2, 2022), the parties should file a status report by **July 8, 2022**.

SO ORDERED.
Dated:    New York, New York
          June 17, 2022

                                              John G. Koeltl
                                    United States District Judge