UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____

STEVEN MATZURA ET AL.,

                    Plaintiffs,                 19-cv-10141 (JGK)

        - against -                             ORDER

SEVEN FOR ALL MANKIND, LLC,

                    Defendant.
_____

JOHN G. KOELTL, District Judge:

    In light of the recent decision of the Court of Appeals for

the Second Circuit, see Calcano v. Swarovski N. Am. Ltd., 36

F.4th 68 (2d Cir. 2022), the complaint is dismissed without

prejudice for lack of subject matter jurisdiction. See, e.g.,

Mendez v. Victoria's Secret Stores, LLC, 19-cv-11435, ECF No. 19

(June 3, 2022); Calcano v. Tumi, Inc., 19-cv-9864, ECF No. 35

(June 7, 2022).

    The plaintiff may file an amended complaint by August 11,

2022. The plaintiff should be aware of all of the cautions

specified in the opinion of the Court of Appeals, as well as the

additional requirements noted in the concurring opinion. The

plaintiff should be aware that discovery may be permitted with

respect to the allegations of subject matter jurisdiction.

SO ORDERED.
Dated:     New York, New York
           June 17, 2022

                                        John G. Koeltl
                               United States District Judge

2