UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

STEVEN MATZURA,

              Plaintiff,

- against -

SEVEN FOR ALL MANKIND, LLC,

              Defendant.

---

19-cv-10141

ORDER

JOHN G. KOELTL, District Judge:

    The plaintiff in this action has failed to file an amended complaint as permitted in this Court's June 17, 2022 Order. See ECF No. 55. Accordingly, pursuant to that Order, this case is dismissed without prejudice for lack of subject matter jurisdiction. The Clerk is directed to close the case.

SO ORDERED.

Dated:    New York, New York
            October 7, 2022

                                          John G. Koeltl
                                United States District Judge